⚹AO 440 (Rev. 8/01) Summons in a Civil Action

*Judge Hellerstein*

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

PARFUMS GRÈS SA

V.

PERFUME WORLD CENTER, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CIV 6028**

TO: (Name and address of Defendant)

Perfume World Center, LLC
1204 Broadway, Ste. 3
New York, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darren W. Saunders, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3900

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 02 2008

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 2nd, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Arnold J. Burrus | Managing Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): At 12:15 p.m., I served by hand a true copy of Summons and Complaint upon Perfume World Center, LLC, at 1204 Broadway suite 3, New York, N.Y. 10022 by personally delivering to Harry Singh, CEO of said company.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 3rd, 2008
             Date

Signature of Server: *Arnold J. Burrus*

Address of Server: 599 Lexington Av. New York, NY 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.